| | |
|---|---|
| 1 | R. SCOTT FELDMANN (CA SBN 169230) |
|   | sfeldmann@bakerlaw.com |
| 2 | ANDREW A. WOOD (SBN 279403) |
|   | awood@bakerlaw.com |
| 3 | BAKER & HOSTETLER LLP |
|   | 600 Anton Boulevard, Suite 900 |
| 4 | Costa Mesa, CA 92626-7221 |
|   | Telephone:   (714) 966-8862 |
| 5 | Facsimile:   (714) 754-6611 |
| 6 | SHANNON V. McCUE (*pro hac vice*) |
|   | smccue@bakerlaw.com |
| 7 | DAVID E. KITCHEN (*pro hac vice*) |
|   | dkitchen@bakerlaw.com |
| 8 | BRENDAN E. CLARK (*pro hac vice*) |
|   | bclark@bakerlaw.com |
| 9 | BAKER & HOSTETLER LLP |
|   | Key Tower |
| 10 | 127 Public Square, Suite 2000 |
|   | Cleveland, Ohio 44114-1214 |
| 11 | Telephone:   (216) 621-0200 |
|   | Facsimile:   (216) 696-0740 |
| 12 | |
|   | Attorneys for Plaintiff and Counter-Defendant |
| 13 | EVOLV, LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| EVOLV, LLC, | Case No. 8:16-cv-00459-CJC-JCG |
| Plaintiff, | |
| v. | STIPULATION TO DISMISS ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE |
| JOYETECH USA, INC., JOYETECH (CHANGZHOU) ELECTRONICS CO., LTD., and WISMEC INDUSTRY CO. LTD., | |
| Defendants. | |
| JOYETECH USA, INC., | Judge:         Cormac J. Carney |
| Counterclaimant, | Action Filed:  March 9, 2016 |
| v. | |
| EVOLV, LLC, | |
| Counterdefendant. | |

STIPULATION TO DISMISS ALL CLAIMS WITH PREJUDICE

609041270.1

## STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiff and Counterdefendant Evolv, LLC. ("Evolv") and Defendant and Counterclaimant Joyetech USA, Inc. ("Joyetech USA"), Defendant Joyetech (Changzhou) Electronics Co., Ltd., and Defendant Wismec Industry Co., Ltd. (collectively, the "Parties"), by and through the Parties' designated counsel as follows:

WHEREAS, Evolv filed an action in the Central District of California against Joyetech USA and the other defendants alleging patent infringement of U.S. Patent No. 8,820,330, and Defendant Joyetech USA filed various counterclaims against Evolv, which action has been assigned Case No. 8:16-cv-00459-CJC-JCG (the "Action");

WHEREAS, the Parties have entered into a settlement of all claims asserted by Evolv against Defendants Joyetech USA, Inc. ("Joyetech"), Joyetech (Changzhou) Electronics Co., Ltd.,Wismec Industry Co., Ltd. (collectively, "Defendants"), and Joyetech USA's counterclaim against Evolv in the Action;

WHEREAS, pursuant to the terms of settlement among the Parties, the Parties agree that all claims and counterclaims asserted against one another, including Evolv's claims against Defendants and Joyetech USA's counterclaims against Evolv, should be dismissed in their entirety with prejudice;

WHEREAS, each respective Party shall bear its own costs and attorneys' fees in connection with the Action;

IT IS SO STIPULATED by and between the Parties through their designated counsel that all of Evolv's claims against Defendants and all of Joyetech USA's counterclaims against Evolv in the above-captioned action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), each Party to bear their own respective fees and costs.

| | | |
|---|---|---|
| 1 | Dated: August 11, 2016 | BAKER & HOSTETLER LLP |
| 2 | | |
| 3 | | By:  */s/ R. Scott Feldmann* |
| 4 | | R. Scott Feldmann<br>Andrew A. Wood |
| 5 | | Shannon V. McCue<br>David E. Kitchen |
| 6 | | Brendan E. Clark |
| 7 | | Attorneys for Plaintiff and Counterdefendant EVOLV, LLC |
| 8 | | |
| 9 | | PILLSBURY WINTHROP SHAW & PITTMAN LLP |
| 10 | | |
| 11 | | */s/Callie A. Bjurstrom* |
| 12 | | Callie A Bjurstrom |
| 13 | | Cheng Chieh Ko<br>Matthew Robert Stephens |
| 14 | | Michelle A Herrera |
| 15 | | Attorneys for Defendants and Counterclaimant Joyetech USA, Inc. |